IN THE

# SUPREME COURT

OF THE

## STATE OF CALIFORNIA,

IN DECEMBER TERM, 1850.

---

*Ex parte* THE QUEEN OF THE BAY *et al.*

Where five females are brought before the court on return to a writ of *habeas corpus*, and the person in whose custody they are, neither shows nor claims any legal right to detain them, they will be discharged.

THE petition of Alexander Rose, praying for a writ of *habeas corpus*, represented that for two years last past he had been a resident of the island of Dominick, one of the group of the Marquesas Islands, and was well acquainted with the people thereon; that sometime in July or August, 1850, the American schooner *Jupiter*, whereof one Snow was master, arrived at the island, and remained there for several weeks, and that the petitioner shipped on said schooner, as a mariner, for the port of San Francisco; that while the schooner was at the island of Dominick, the master and the mate of the schooner induced five females, one of whom was the " Queen of the Bay," about fourteen years of age, and the others, who were " daughters of chiefs," to go on board the schooner by some false pretext, and soon after they came on board, set sail, and forcibly and against the will of said females, brought them to the port of San Francisco; that during the voyage they were treated with great cruelty, and after their arrival, were

[157]

treated still worse, and to such a degree that all of them jumped overboard, but were saved from drowning, and again taken on board ; that soon thereafter the schooner sailed for Stockton, still detaining the women on board, forcibly and against their will, where they still continued to be detained against their will ; that the petitioner well knew the names of the females, but could not give their names in English, nor in their native language, so as to be understood.　He, therefore, on behalf of the females, prayed that a writ of *habeas corpus* might issue to bring them before the court.　The writ was issued, and they were brought up ; and Captain Snow, not pretending to have any legal right to detain them, they were discharged ; and were subsequently sent back to their own country by James Collier, Esq., collector of the port of San Francisco.

*James Collier*, for the petitioner.

*By the Court*, BENNETT, J.　There appearing to be no cause for the detention of the " Queen of the Bay," and " the daughters of the chiefs," they are, consequently, discharged from the custody of Captain Snow.